UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JUAN SANTANA, Individually, and On
Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

SHREDZ SUPPLEMENTS, LLC,

                Defendant.

-------------------------------------------------------x

Case No.: 1:23-cv-00004-GLS-CFH

**NOTICE OF VOLUNTARY DISMISSAL**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Juan Santana hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant SHREDZ Supplements, LLC.

DATED:  March 29, 2023        **MIZRAHI KROUB LLP**

                                      /s/ William J. Downes
                                 WILLIAM J. DOWNES

WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*